IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES D. FREEMAN,

                Plaintiff,                    10cv1515
                                                **ELECTRONICALLY FILED**

     v.

PITTSBURGH GLASS WORKS, LLC,
ET AL.

                Defendants.

### ORDER OF COURT APPOINTING ARBITRATOR - EMPLOYMENT CASE

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16, and the Arbitration Agreement of the Parties (Doc. no. 7), the parties hereby agree to final and binding arbitration of all claims set forth in the above-captioned matter (including all requested relief and the attorney fee petition), in a high/low format, before a single arbitrator selected by the counsel/parties. The rules of said arbitration will be the AAA Employment Dispute Resolution Rules but the parties will not select the arbitrator through the AAA. The arbitration shall occur in Pittsburgh, Pennsylvania.

The parties shall split the compensation and costs of the arbitrator on a 50-50 basis unless otherwise ordered by the arbitrator. If the parties cannot agree on compensation and costs for the arbitrator, Judge Schwab will set reasonable compensation and costs.

<u>Selected Arbitrators in Order:</u>        1. Honorable Maureen Lally Green

                                                     2. Dean Ken Gormley

                                                     3. Arthur Stroyd

| | |
|---|---|
| Arbitration shall be completed by: | November 30, 2011 |
| Time Period for Hearing: | 2 consecutive days |
| Time Allocation for Hearing: | 8 hours total for each party (for their respective direct and cross-examinations) |
| Decision/Award Due Date: | On or before December 15, 2011 |
| Payment of Award (if any) Due Date: | December 28, 2011 |

Counsel listed below represent that they have authority of their client to enter into this agreement.

SO ORDERED this 4th day of August 2011,

_____
Arthur J. Schwab
U.S. District Judge

AGREED TO:

_____   _____
Counsel for Plaintiff                              Counsel for Defendant

_____   _____
Client                                                    Client